237 Realty LLC, Plaintiff-Respondent,
against
Anita Crawford, Defendant-Appellant.



Defendant appeals from a judgment of the Small Claims Part of the City of New York, New York County (Jose A. Padilla, Jr., J.), entered on or about March 7, 2017, after trial, in favor of plaintiff and awarding it damages in the principal sum of $5,000.




Per Curiam.
Judgment (Jose A. Padilla, Jr., J.), entered on or about March 7, 2017, affirmed, without costs.
The record establishes that the trial court applied the appropriate rules and principles of substantive law and accomplished "substantial justice" in awarding judgment in favor of plaintiff-landlord in an action for unpaid rent (CCA 1804; 1807; Williams v Roper, 269 AD2d 125, 126 [2000], lv dismissed 95 NY2d 898 [2000]). A fair interpretation of the evidence supports the trial court's finding that defendant-tenant failed to pay the rent arrears and late fees owed. The court correctly interpreted the parties' so-ordered stipulation settling a prior Housing Court proceeding as preserving and severing the underlying claim for a plenary action. Despite being given ample opportunity, defendant failed to submit any proof that she made the rent payments at issue, nor did she establish any other defense to the claim.
We have considered defendant's remaining arguments and find them unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 12, 2017